IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GUADALUPE BETANCOURT,

    Plaintiff,

v.

COASTLINE MICHIGAN, LLC,

    Defendant.

Case No. 1:12-cv-532

Hon. Gordon J. Quist

---

| | |
|---|---|
| PETE MONISMITH<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>(724) 610-1881 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>MEGAN P. NORRIS (P-39318)<br>Attorneys for Defendant<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan  48226<br>(313) 963-6420 |

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This parties having stipulated to the entry hereof, and the Court being otherwise fully advised in the premises;

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of the above-captioned matter.

This resolves the last pending claim and closes the case.

IT IS SO ORDERED.

_____
U. S. DISTRICT COURT JUDGE

-2-

I hereby stipulate and agree to the entry of the above order:

| | |
|---|---|
| /s/Pete Monismith w/consent | s/Megan P. Norris |
| Attorneys for Plaintiff | Miller, Canfield, Paddock and Stone, P.L.C. |
| 3945 Forbes Ave., #175 | Attorneys for Defendant |
| Pittsburgh, PA 15213 | 150 West Jefferson, Suite 250 |
| (724) 610-1881 | Detroit, MI 48226 |
| pete@monismithlaw.com | (313) 963-6420 |
| | norris@millercanfield.com |

Dated:  July 11, 2012

20,305,340.1\144637-00001